AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan

Trust of Michigan Carpenters Pension Fund, et. al
*Plaintiff*
v.
Gottsein Corporation
*Defendant*

Civil Action No. 1:26-cv-01148

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 07/16/2026 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 9.21.26

*CLERK OF COURT*

[signature]

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the MICHIGAN CARPENTERS PENSION FUND, Trustees of the MICHIGAN CARPENTERS' HEALTH CARE FUND, Trustees of the MICHIGAN STATEWIDE CARPENTERS AND MILLWRIGHTS JOINT APPRENTICESHIP AND TRAINING FUND and Trustees of the MICHIGAN REGIONAL COUNCIL OF CARPENTERS' ANNUITY FUND,

Plaintiffs,

v.

Case No. 1:26-cv-01148
Hon. Paul L. Maloney

GOTTSTEIN CORPORATION,

Defendant.

---

**DEFAULT JUDGMENT**

Based upon Plaintiffs' Motion for Default Judgment Against Defendant Gottstein Corporation with Brief and Declaration filed in support thereof; and the pleadings previously filed in this matter; the Court, being fully apprized in the premises, has concluded that Plaintiffs are entitled to entry of a default judgment against Defendant Gottstein Corporation for the relief prayed for in their Complaint.

Accordingly, IT IS HEREBY ORDERED AND ADJUDGED:

A. That Defendant Gottstein Construction is bound to pay contributions to

Plaintiffs as alleged in Plaintiffs' Complaint.

B. That Plaintiffs shall have and recover Judgment from defendant Gottstein Corporation in the amount of $152,430.74, consisting of $99,961.29 in unpaid contributions; $1,022.00 in cost of audit; $408.00 in the costs of litigation; $24,844.60 in interest, $24,844.60 in additional interest, and $1,620.00 in attorneys' fees and that Plaintiffs shall have the right of immediate execution therefor;

C. That post-judgment interest will accrue on the amount set forth in paragraph 2 as provided for in 28 U.S.C. §1961, and Plaintiffs shall have the right of execution therefor.

D. That this Court shall retain jurisdiction over this matter for purposes of enforcement of the provisions of this Default Judgment.

Dated: July 16, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge

Certified as a True Copy
By ____________
Deputy Clerk
U.S. District Court
Western Dist. of Michigan
Date 9.21.26